IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-581-GCM

| | |
|---|---|
| MARSHALL L. ELLIS, )<br>                  Plaintiff, )<br>v. )<br>)<br>DOOSAN INFRACORE INTERNATIONAL,)<br>INC., DOOSAN MACHINE TOOLS )<br>AMERICA CORPORATION and )<br>DOOSAN INTERNATIONAL USA, INC., )<br>                  Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David B. Kahng** filed September 28, 2016 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Kahng is admitted to appear before this court *pro hac vice* on behalf of Defendants, Doosan Infracore Interantional, Inc., Doosan International USA, Inc., and Doosan Machine Tools America Corporation.

**IT IS SO ORDERED.**

Signed: September 29, 2016

Graham C. Mullen
United States District Judge