UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:16-cv-00581-GCM

| | |
|---|---|
| MARSHALL L. ELLIS,<br><br>　　Plaintiff,<br><br>v.<br><br>DOOSAN INFRACORE INTERNATIONAL, INC., DOOSAN MACHINE TOOLS AMERICA CORPORATION AND DOOSAN INTERNATIONAL USA, INC.,<br><br>　　Defendants. | ORDER GRANTING APPLICATION OF B. T. EDMONDS FOR ADMISSION TO PRACTICE *PRO HAC VICE* |

**THIS MATTER CAME BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* filed on November 1, 2016 by Fred B. Monroe regarding **B.T. Edmonds.** Mr. B.T. Edmonds seeks to appear as counsel *pro hac vice* for Plaintiff Marshall L. Ellis. Upon review and consideration of the motion, and the submission of the accompanying fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* is **GRANTED** and that B.T. Edmonds be, and hereby is, admitted to this Court *pro hac vice*, and that B.T. Edmonds and his law firm of Law Offices of B.T. Edmonds be noted as counsel of record for Plaintiff Marshall L. Ellis in this proceeding.

**SO ORDERED.**

Signed: November 2, 2016

Graham C. Mullen
United States District Judge