IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV581-GCM

| | | |
|---|---|---|
| MARSHALL L. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DOOSAN INFRACORE INTERNATIONAL, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon Defendants' Motion for Partial Dismissal of Plaintiff's Complaint. Specifically, Defendants seek to dismiss Plaintiff's Fourth Claim for Relief for failure to state a claim upon which relief can be granted. The Plaintiff has responded indicating that he has no objection. Accordingly,

IT IS THEREFORE ORDERED that Defendants' Motion for Partial Dismissal of Plaintiff's Complaint is hereby GRANTED, and Plaintiff's Fourth Claim for Relief is hereby dismissed.

Signed: December 13, 2016

Graham C. Mullen
United States District Judge